Larry R Glazer (CSBN200644)
larry@glazerandglazer.com
Nicolette Glazer (CSBN209713)
nicolette@glazerandglazer.com
LAW OFFICES OF LARRY R GLAZER
2121 Avenue of the Stars #800
Century City, CA 90067
Phone: 310-407-5353 | Fax: 310-407-5354

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DMITRIY V KOLCHIN<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant | Case No.:<br><br>JUDGE:<br><br>Magistrate:<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT |

1. This is an action under the Freedom of Information Act, ("FOIA") 5 U.S.C. § 552, seeking wrongfully withheld agency records relating to Plaintiff and created and/or maintained by Defendant, the United States UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter 'USCIS'). This complaint also seeks a declaratory and injunctive relief to remedy Defendant's pattern and

practice of systemic violations of FOIA which includes: (1) failure to make determinations concerning FOIA requests within the mandated statutory time periods; (2) failure to conduct proper searches to locate documents responsive to FOIA requests; (3) failure to segregate non-exempt material in records to which ICE had applied redactions; and (4) failure to allocate sufficient resources to address its ever growing FOIA backlog.

2. Plaintiff Kolchin has been irreparably harmed by Defendant's action and pattern and practice of repeated and deliberate violations of the Act.

**Jurisdiction and Venue**

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 522(a)(4)(B). This Court has further jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §2201-2202.

4. Venue is proper under 5 U.S.C. § 552(a)(4)(B) because Plaintiff ?? resides within this District and his counsel maintain her offices in this District.

**Parties**

5. Plaintiff, an individual, is a resident of Los Angeles County. He urgently needs the records requested for his personal use and needs.

6. The USCIS is a cabinet department of the United States federal government and an executive agency with the primary mission of formulation and execution of U.S. foreign policy. USCIS and DHS of which Defendant part, are both agencies within the meaning of 5 U.S.C. § 522(f)(1).

7. In addition to records pertaining to the formulation and execution of policies relating to adjudication of applications for relief under the Immigration and Nationality ACT (INA), USCIS maintains records that pertain to individuals --both United States citizens and non-citizens, and corporate entities that have submitted applications and/or petitions such as to classify non-citizens as non-immigrant visa holder employees and for those applying for permanent residence based on employment. USCIS also maintains statistical reports for its activities, including petition approvals and green card issuance. USCIS, thus, has custody, possession, and control over the records sought by Plaintiff under the

Act, and had had such custody, possession, and control at the time the records were requested and thereafter.

**FOIA Request**

8. On 26 November 2025 Plaintiff, through counsel, submitted a request to USCIS for the following records, pursuant to FOIA:

*1) All records within the Alien File (A-File) of Dmitriy Vladimirovich KOLCHIN, DOB XX-XX-1981[1], a national of Russia, including but not limited to:*

*• Any and all applications for immigration benefits filed, whether or not adjudicated;*

*• Any and all documents filed or made part of any application for immigration benefits*

*• Any and all adjudicator's notes*

*• Any and all documents created by ICE and CBP that are part of the A-file.*

[1] Requester' full date of birth was included in the request submitted to USCIS but has been omitted herein for privacy concerns and redacted in accordance with the FRCP and Local Rules.

*2) All records and/or data pertaining to Dmitriy Vladimirovich KOLCHIN, DOB XX-XX-1981, a national of Russia in the of USCIS system of records. Requester request that the data be provided in the form of either screenshots or full PDF documents depicting the tabs, fields, populated data, authors, and audit trails reflecting the dates/times when data was changed, deleted, or amended.*

*3) All records relating to Dmitriy Vladimirovich KOLCHIN, DOB XX-XX- 1981, a national of Russia, including, but not limited to, email communications within the DHS Office of the Secretary, the USCIS Office of the Director, ICE Office of the Director, and/or CBP Office of the Commissioner, or any subordinate office(s) and their employees and agents within those named departments or agency or a record of any communication between any of those named entities and the U.S. Department of State or U.S. Immigration and Customs Enforcement pertaining to the Requester.*

*4) All records showing the search terms used to search for documents responsive to the requests in sections and the system of records searched.*

9. Requester had to submit the request via the USCIS online portal as currently it is the only available option allowed by USCIS. The portal is primarily designed and operated to request copy of the records submitted to USCIS by applicants and petitioners for immigration benefits and does not provide sufficient space to request different records, outside and beyond the restrictive formulation mandated by USCIS as to releasable “A-file”. Plaintiff attempted to include both a signed identity affidavit and an executed G-28 as part of the request, together with a description of the requested records, but the system did not confirm the upload.

10. Upon re-signing into the portal Plaintiff counsel was able to verify that the FOIA request was assigned tracking no NRC2025789805 but no confirmation of any kind was sent to counsel nor could the record requested be viewed in the portal.

11. Plaintiff counsel them sent an email to the email account published as part of USCIS-First identifying the entirety of the records requested and attaching both the G-28 form and the identity affidavit. See Exhibit A.

12. Plaintiff counsel received neither an email confirmation nor a formal acknowledgement to the receipt of the request as required by FOIA.

13. On 4 December 2025 Plaintiff counsel received 'a read receipt' from FOIAPAQuestions@uscis.dhs.gov <FOIAPAQuestions >, see Exhibit B, but no other information.

14. On 5 December 2025 Plaintiff counsel logged into her USCIS attorney account and confirmed that the FOIA request was docketed as "received". The portal showed an estimated completion date of 25 December 2025. See Exhibit C.

15. As of the filing of this complaint Plaintiff has more than 20 working days have passed and Plaintiff has received neither a formal acknowledgement of his request, nor a determination, nor any of the requested documents. USCIS has also not invoked the 10 days extension.

14. Plaintiff has exhausted all available administrative remedies.

**Causes of Action**

*Count I – Violation of FOIA*

15. All previous paragraphs are incorporated as though fully set forth herein.

16. Plaintiff has a statutory right under the FOIA Act to obtain the agency records properly requested in his 25 November 2025 request.

17. No legal basis exists for Defendant's failure to promptly docket, process, respond, and produce responsive agency records in accordance with the timing and other requirements of the Act.

18. Defendant's failure to disclose all responsive agency records in connection with Plaintiff's request identified above, as well as its failure to (1) docket and process the request; (2) timely respond to the request and (3) conduct proper searches to locate documents responsive to the request, each violate the Act.

19. As of the date of this Complaint, Defendant has failed to issue a determination and to produce all records requested by Plaintiff or to demonstrate that such records are lawfully exempt from production. See 5 U.S.C. § 552(a)(6)(C). Nor has Defendant notified Plaintiff of the scope of any responsive records it intends to produce or withhold and the reasons for any withholdings, nor informed Plaintiff that it may appeal any specific, adverse determination.

20. By failing to timely process and respond to Plaintiff's request within the statutorily prescribed time limits, Defendant has violated its duties under the FOIA Act, including but not limited to its duties to conduct a reasonable search for responsive records, issue a timely determination, and to produce all responsive, reasonably segregable, non-exempt information. Therefore, Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

21. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA request and the failure to comply with Defendant's obligations under FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

*Count II – Declaratory and Injunctive Relief*

22. Plaintiff re-alleges and incorporates paragraphs 1 through 14 above.

23. Defendant DOS has a mandatory statutory duty under 5 U.S.C. § 552(a)(3) to conduct a reasonable search for records responsive to FOIA requests and to make a determination on each request within the time period set forth in 5 U.S.C. § 552(a)(6): 20 business days, to be extended

by no more than 10 business days if the agency notifies the requester in writing of the existence of "unusual circumstances." 5 U.S.C. § 522(a)(6)(B)(i). USCIS never claimed "unusual circumstances" that would entitle it to an additional ten days in which to reply, but, even if USCIS had claimed such circumstances, that deadline was missed as well.

24. USCIS has failed to make a determination on Plaintiff's FOIA request within the timeframes required by statute. Defendant's failures are part of a pattern and practice of such deliberate violations of FOIA. Exceptional circumstances do not justify USCIS's delay in processing FOIA requests.

25. USCIS has failed to allocate sufficient resources to address its FOIA backlog, including allocating sufficient budgetary and personnel resources to comply with the timeframes imposed by the Act. In fact, since 11 February 2025 USCIS has reduced the personnel assigned to FOIA duties.

26. Defendant's backlog and repeated violation of the determination requirements of the Act demonstrate the existence of a pattern and

practice of deliberate and repeated failures to make timely determinations on FOIA requests, process appeals, and promptly produce responsive records within the statutory time periods and in good faith.

27. Defendant also routinely fails to conduct good faith searches for records and redacts information that is not within the scope of to the carefully crafted statutory exceptions. As a result, Defendant is precluding the public from monitoring its actions and performance.

28. No legal ground, justification, or excuse exists for Defendant's nationwide pattern and practice of failing to meet the statutory deadlines with respect to properly submitted FOIA requests and to discharge its statutory duties in good faith.

**REQUEST FOR RELIEF**

Plaintiff requests that judgment be entered in his favor and against Defendant, and that the Court:

A. Order Defendants and any of their agents or other persons, departments, or components acting for, with, by, through, or under them, to conduct a prompt, reasonable search for records responsive to

Plaintiff's request and to promptly produced all responsive records to Plaintiff;

B. Permanently enjoin and restrain Defendant and any of Defendant's agents or other persons, departments, or components acting for, with, by, through, or under them from withholding the agency records at issue in this case;

C. Declare that the requested records by Plaintiff are not exempt from disclosure under FOIA, and order Defendant to disclose the requested records in their entirety and make copies available to the Plaintiff;

D. Declare that Defendant's pattern and practice of failing to make determinations on requests within the statutory time frames violate the Act;

E. Declare that Defendant's pattern and practice of failing to make determinations on requests remanded for further processing and promptly notify the requestor of its determinations violate the Act;

F. Award Plaintiff reasonable attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E);

and,

G. Award all other relief to Plaintiff that the Court deems just, equitable, and proper.

Respectfully submitted

*s/Nicolette Glazer*

Nicolette Glazer (CSBN209713)
nicolette@glazerandglazer.com
LAW OFFICES OF LARRY R GLAZER
2121 Avenue of the Stars #800
Century City, CA 90067
Phone: 310-407-5353 | Fax: 310-407-5354

**Subject:** FOIA Request NRC2025789805REQ
**Date:** Wednesday, November 26, 2025 at 12:47:40 PM Pacific Standard Time
**From:** Nicolette Glazer
**To:** FOIAPAQuestions@uscis.dhs.gov
**Priority:** High
**Attachments:** image001.png, Executed G-28.pdf, FOIA Identity Affidavit.pdf

Dear Madam/Sir:

I am counsel of record for **Mr. Dmitriy Vladimirovich Kolch**in. I filed the request via the portal but the system does not allow for the request to be spelled in detail. Accordingly, I am submitting the request as follows:

<u>Requested Records:</u>

1) All records within the Alien File (A-File) of **Dmitriy Vladimirovich KOLCHIN**, DOB 09-01-1981, a national of Russia, including but not limited to:
   · Any and all applications for immigration benefits filed, whether or not adjudicated;
   · Any and all documents filed or made part of any application for immigration benefits
   · Any and all adjudicator's notes
   · Any and all documents created by ICE and CBP that are part of the A-file.

2) All records and/or data pertaining to **Dmitriy Vladimirovich KOLCHIN**, DOB 09-01-1981, a national of Russia in the of USCIS system of records. Requester request that the data be provided in the form of either screenshots or full PDF documents depicting the tabs, fields, populated data, authors, and audit trails reflecting the dates/times when data was changed, deleted, or amended.

3) All records relating to **Dmitriy Vladimirovich KOLCHIN**, DOB 09-01-1981, a national of Russia, including, but not limited to, email communications within the DHS Office of the Secretary, the USCIS Office of the Director, ICE Office of the Director, and/or CBP Office of the Commissioner, or any subordinate office(s) and their employees and agents within those named departments or agency or a record of any communication between any of those named entities and the U.S. Department of State or U.S. Immigration and Customs Enforcement pertaining to the Requester.

4) All records showing the search terms used to search for documents responsive to the requests in sections and the system of records searched.

I am attaching an executed G-28 and an identity affidavit signed by the Subject of the Request. Please confirm that the FOIA request including all of the 4 sub-request are amended and included in the request.

Please do not hesitate to contact me if you have any further questions.

Nicolette Glazer Esq.
Certified Specialist In Immigration and Nationality Law
State Bar of California, Board of Legal Specialization
Direct Line: (310) 735-3478

Law Offices of Larry R Glazer
** Note NEW Main Office: 2121 Avenue of the Stars, 8th Floor, Century City, CA 90067.
Support Office: 79125 Corporate Center Dr. #6351, La Quinta CA 92253

Tel: (310) 407-5353 Fax: (310) 407-5354

www.GlazerandGlazer.com/ www.LOLRG.com/ download the LOLRG Litigation App

** If you are sending paper documents or payments, please mail them to our La Quinta support office at the address above.**

THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PROVILEGED OR CONFIDENTIAL, AND EXCEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSIMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US PROMPTLY AND DESTROY THIS MESSAGE AND ANY ATTACHMENTS IT MAY CONTAIN.

Circular 230 Disclosure Act: Any tax advice provided in this communication is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer (i) for the purpose of avoiding tax penalties that may be imposed or (ii) in promoting, marketing, or recommending tax transaction or matter to another party. Please seek advice from an independent tax advisor with respect to any tax transaction or matter.

**Subject:** Read: FOIA Request NRC2025789805REQ
**Date:** Thursday, December 4, 2025 at 2:29:02 PM Pacific Standard Time
**From:** FOIAPAQuestions
**To:** Nicolette Glazer
**Priority:** High

Your message

To: FOIAPAQuestions
Subject: FOIA Request NRC2025789805REQ
Sent: Wednesday, November 26, 2025 2:47:39 PM (UTC-06:00) Central Time (US & Canada)

was read on Thursday, December 4, 2025 2:56:37 PM (UTC-06:00) Central Time (US & Canada).

← Back

# Control Number: NRC2025789805REQ

## FOIA/PA STATUS CHECK

DOCUMENT LIBRARY

## Request Details

| | |
|---|---|
| Request Description | |
| Date Submitted | **11/26/2025** |
| Request Type | **FOIA Request** |

## Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Submitted** |
| Estimated Completion Date | **12/25/2025** |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .**

✔ Pending Review from Subject of Record

Before the request is submitted to USCIS, the Subject of Record must verify their identity and provide consent for USCIS to release their records to the requester. The Subject of Record will receive an email or text message with a link to complete this process electronically. The Subject of Record has 2 weeks to complete this process, or the link will expire and a new request must be submitted to receive the records.

✔ Received

The request was received by USCIS.

3 In Process

USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

4 Completed

USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

## USCIS FOIA/PA Headquarters Office

USCIS Contact Center
1-800-375-5283 or TTY 800-767-1833
FOIAPAQuestions@uscis.dhs.gov