Nicolette Glazer Esq. (CSBN 209713)
nicolette@glazerandglazer.com
Larry R Glazer Esq (CSB200644)
larry@glazerandglazer.com
LAW OFFICES OF LARRY R GLAZER
2121 Avenue of the Stars #800
Century City, CA 90067
T: (310) 407-5353 | F: (310) 407-5354
ATTORNEYS FOR
PETITIONERS/PLAINTIFFS

| | |
|---|---|
| DMITRIY V. KOLCHIN<br><br>Plaintiff<br><br>Vs.<br><br>USCIS<br>Defendant | Civil Action<br>CASE NO.:<br><br>2:26–cv–00156–CAS–PD<br><br>**AFFIDAVIT OF SERVICE** |

COME NOW Plaintiff DMITRIY V. KOLCHIN, and through his attorneys, the LAW OFFICES OF LARRY R GLAZER, by Nicolette Glazer Esq., file this affidavit of service:

A. Defendants USCIS was served on 23 March 2026 at 11:57 AM with the summons and complaint in this case. Service was effected by delivery to R

Gill, an individual designated to accept service on behalf of Defendant in the care of the agency's Chief Counsel Office. See Exhibit A.

B. PAM BONDI, then Attorney General, United States Department of Justice was also served on 23 March 2025 at 4:45 AM. See Exhibit B. Service was effected by delivery to K JERNIGAN, an individual designated to accept service on behalf of the Attorney General. See Exhibit B. Service of effected as required by FRCP as USCIS is a federal agency.

2. Defendant USCIS was also served via delivery of the complaint and summons to the Unites States Attorney Office for the Central District of California on 22 March 2026 via USPS mail.

I declare under penalty of perjury that the above is true and correct.

Dated: This 1st Day of May 2026.

Respectfully submitted by
LAW OFFICES OF LARRY R. GLAZER

_____*s/Nicolette Glazer*______________
Nicolette Glazer, CA Bar # 208713
2121 Avenue of the Stars, Suite #800

Century City, California 90067
ATTORNEY FOR PLAINTIFFS

UNITED STATES POSTAL SERVICE

March 20, 2026

Dear Nicolette Glazer:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0588 0009 9410 8301 0935 5008 7498 33**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 20, 2026, 11:57 am |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Office of the Chief Counsel |
| **Actual Recipient Name:** | R GILL |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill<br>R Gill |
| Address of Recipient: | 20529 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE

March 23, 2026

Dear Nicolette Glazer:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0530 0001 9410 8301 0935 5008 7498 40**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | March 23, 2026, 4:45 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Pam Bondi |
| **Actual Recipient Name:** | K JERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

NICOLETTE GLAZER
LAW OFFICES OF LARRY R. GLAZER
2121 AVENUE OF THE STARS STE 800
CENTURY CITY CA 90067-5080

USPS APIs

03/18/2026
**U.S. POSTAGE**
$4.14
**LFP**

CIVIL PROCESS CLERK
US ATTYS OFFICE CENTRAL DISTRICT CA
STE 7516
300 N LOS ANGELES ST
LOS ANGELES CA 90012-3341

**Subject:** USPS - Click-N-Ship(R) Payment Confirmation
**Date:** Wednesday, March 18, 2026 at 1:20:10 PM Pacific Daylight Time
**From:** noreply-ecns@usps.com
**To:** Nicolette Glazer

Order #: **09a6f2c4-4c56-4bae-a01d-2adc6ce5e00c**

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

**View Order Details**

## ORDER DETAILS

| | |
|---|---|
| Account #: | 9081851 |
| Order #: | 09a6f2c4-4c56-4bae-a01d-2adc6ce5e00c |
| Placed on: | Mar 18, 2026<br>20:19:47 PM UTC |
| Payment Method: | VISA-2510 |
| Status: | PAID |
| Email: | nicolette@glazerandglazer.com |

## ORDER SUMMARY

| Item | Total |
| --- | --- |
| **First-Class Mail®**<br>No Tracking Available<br>**Shipped To:**<br>CIVIL PROCESS CLERK<br>US ATTYS OFFICE CENTRAL DISTRICT CA<br>300 N LOS ANGELES ST<br>STE 7516<br>LOS ANGELES CA 90012-3341 US | $4.14 |
| **Priority Mail®**<br>42020588000994108301093550087498 33<br>**Scheduled delivery date: 03/21/2026**<br>**Shipped To:**<br>Office of the Chief Counsel<br>USICS<br>5900 CAPITAL GATEWAY DR<br>STOP 2120<br>CAMP SPRINGS MD 20588-0009 US | $12.80 |
| **Priority Mail®**<br>420205300001941083010935500874984 0<br>**Scheduled delivery date: 03/21/2026**<br>**Shipped To:**<br>Pam Bondi<br>Attorney General of the US<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 US | $12.80 |

| | |
| --- | --- |
| Subtotal: | $29.74 |
| Shipping: | $0.00 |

**Total:** **$29.74**

## NEED HELP?

If you need help, please visit the Frequently Asked Questions.

**Go to FAQ's**

## SAVE TIME, CREATE LABELS

**Go to Click-N-Ship**

Download **USPS Mobile®**

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2026 USPS. All Rights Reserved.