Nicolette Glazer Esq. (CSBN 209713)
nicolette@glazerandglazer.com
Larry R Glazer Esq (CSB200644)
larry@glazerandglazer.com
LAW OFFICES OF LARRY R GLAZER
2121 Avenue of the Stars #800
Century City, CA 90067
T: (310) 407-5353 | F: (310) 407-5354
ATTORNEYS FOR
PETITIONER/PLAINTIFF

| | |
|---|---|
| DMITRIY V. KOLCHIN<br>Plaintiff<br>Vs.<br><br>USCIS<br>Defendant | Civil Action<br>CASE NO.:<br>2:26–cv–00156–CAS–PD<br><br>**REQUEST FOR THE CLERK'S ENTRY OF DEFAULT AND RESPONSE TO ORDER TO SHOW CAUSE** |

COME NOW Plaintiff DMITRIY V. KOLCHIN, and through his attorneys, the LAW OFFICES OF LARRY R GLAZER, by Nicolette Glazer Esq., file this request for the entry of default against Defendant USCIS and an affidavit and response to the Court's Order to Show Cause as follows:

## REQUEST FOR THE ENTRY OF A CLERK'S DEFAULT

Pursuant to Federal Rule of Civil Procedure, Rule 55(a) Plaintiff respectfully requests that the Clerk of Court enter the default of Defendant USCIS under Federal Rule of Civil Procedure 55(a), on the grounds that Defendant has failed to plead or otherwise defend this matter. In support, Plaintiff states:

1. This action was commenced on 7 January 2026 by filing the Complaint. See ECF # 1.
2. Defendant USCIS is a United States agency.
3. Service of Defendant was properly effected as follows:
   A. Defendants USCIS was served on 23 March 2026 at 11:57 AM with the summons and complaint in this case. Service was effected by delivery to R Gill, an individual designated to accept service on behalf of Defendant in the care of the agency's Chief Counsel Office. See Exhibit A.
   B. PAM BONDI, then Attorney General, United States Department of Justice was served on 23 March 2025 at 4:45 AM. See Exhibit B. Service was effected by delivery to K

JERNIGAN, an individual designated to accept service on behalf of the Attorney General.

C. Defendant USCIS was also served via delivery of the complaint and summons to the Unites States Attorney Office for the Central District of California on 22 March 2026 via USPS mail. See Exhibit C. The mail was not returned as undeliverable.

*4.* Under Fed. R. Civ. P. 12(a)(2)–(3), Defendant's time to answer or otherwise respond expired on 23 May 2026, 60 days after service on the United States Attorney.

*5.* As of the date of this Request, Defendant has not filed an answer, a motion under Rule 12, or any other paper defending the action, and has not otherwise appeared.

*6.* The failure to plead or otherwise defend is shown by the accompanying Declaration of Nicolette Glazer Esq. and the attached proofs of service.

WHEREFORE, Plaintiff requests that the Clerk enter the default of Defendant USCIS pursuant to Fed. R. Civ. P. 55(a).

Respectfully submitted by

LAW OFFICES OF LARRY R. GLAZER

_____*s/Nicolette Glazer*______________
Nicolette Glazer, CA Bar # 208713
2121 Avenue of the Stars, Suite #800
Century City, California 90067

ATTORNEY FOR PLAINTIFF

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Nicolette Glazer declare under penalty of perjury:

1. I am counsel for Plaintiff. I have personal knowledge of the facts below.

2. The Complaint was filed on 7 January 2026. See ECF # 1.

3. Service of Defendant was properly effected as follows:

   *A.* Defendants USCIS was served on 23 March 2026 at 11:57 AM with the summons and complaint in this case. Service was effected by delivery to R Gill, an individual designated to accept service on behalf of Defendant in the care of the agency's Chief Counsel Office. See Exhibit A.

   *B.* PAM BONDI, then Attorney General, United States Department of Justice was served on 23 March 2025 at 4:45 AM. See Exhibit B. Service was effected by delivery to K JERNIGAN, an individual designated to accept service on behalf of the Attorney General.

   *C.* Defendant USCIS was also served via delivery of the complaint and summons to the Unites States Attorney Office

for the Central District of California on 22 March 2026 via USPS mail. See Exhibit C. The mail was not returned as undeliverable.

*D.* True copies of the proofs of service are attached as Exhibits A–C.

4. Defendant's deadline to plead or otherwise defend was 23 May 2026.

5. I have reviewed the docket. Defendant has not answered, moved, or otherwise defended.

6. The Court issued an Order to Show Cause in this matter.

7. Defendant is not a minor or incompetent person. Defendant is the United States federal agency.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 3 September 2026 at La Quinta, CA

*s/Nicolette Glazer Esq.*

Nicolette Glazers

Law Offices of Larry R. Glazer
2121 Avenue of the Stars, Suite #800
Century City, California 90067

**Certificate of Service**

I certify that on 3 September 2026 I served the foregoing Request and Declaration on: Clerk for Service of Process, United States Attorney for the Central District of California at 300 N. Los Angeles St., Suite 7516, Los Angeles, CA 90012 via USPS, priority mail, in a pre-paid envelop.

_____*s/Nicolette Glazer*______________
Nicolette Glazer, CA Bar # 208713
2121 Avenue of the Stars, Suite #800
Century City, California 90067
ATTORNEY FOR PLAINTIFF

UNITED STATES POSTAL SERVICE

March 23, 2026

Dear Nicolette Glazer:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0530 0001 9410 8301 0935 5008 7498 40**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | March 23, 2026, 4:45 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Pam Bondi |
| **Actual Recipient Name:** | K JERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE

March 20, 2026

Dear Nicolette Glazer:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0588 0009 9410 8301 0935 5008 7498 33**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 20, 2026, 11:57 am |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Recipient Name:** | Office of the Chief Counsel |
| **Actual Recipient Name:** | R GILL |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill<br>R Gill |
| Address of Recipient: | 20529 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

NICOLETTE GLAZER
LAW OFFICES OF LARRY R. GLAZER
2121 AVENUE OF THE STARS STE 800
CENTURY CITY CA 90067-5080

USPS APIs

03/18/2026
**U.S. POSTAGE**
$4.14
**LFP**

CIVIL PROCESS CLERK
US ATTYS OFFICE CENTRAL DISTRICT CA
STE 7516
300 N LOS ANGELES ST
LOS ANGELES CA 90012-3341