UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00156-CAS-PDx | Date | September 8, 2026 |
| Title | Dmitriy V. Kolchin v. United States Citizenship and Immigration Services | | |

| | | |
|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | |
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT (Dkt. 15, filed September 3, 2026)

On January 7, 2026, plaintiff Dmitriy V. Kolchin ("Plaintiff") filed a complaint seeking injunctive and declaratory relief against defendant United States Citizenship and Immigration Services ("Defendant" or "USCIS") pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Dkt. 1 ("Compl."). On September 3, 2026, plaintiff filed a request for the clerk's entry of default against USCIS based on USCIS's failure to plead or otherwise defend. Dkt. 15 ("Request"). However, it appears that plaintiff has failed to serve defendant in the manner required by Fed. R. Civ. P. 4(i)(2). See Request at 8-10; Dkt. 10 at 4-9.

In accordance with the foregoing, the Court **DENIES** plaintiff's request without prejudice. The Court will consider the request after plaintiff has properly served defendant. Further, the Court hereby extends its Order to Show Cause [14].

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **October 8, 2026**, why this action should not be dismissed for lack of prosecution. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proper proof of service of summons and complaint on **defendant UNITED STATES CITIZENSHIP AND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00156-CAS-PDx | Date | September 8, 2026 |
| Title | Dmitriy V. Kolchin v. United States Citizenship and Immigration Services | | |

**IMMIGRATION SERVICES** on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | 00 | : | 00 |
| Initials of Preparer | CMJ | | |